LHT

FILED

RECEIVED
ASHEVILLE, N.C.

JAN 2 4 2005

Clerk, U. S. Dist. Court
W. Dist. of N. C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| Donald A. Gardner Architects, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Log Cabin Homes Ltd. a/k/a The Original Log Cabin Homes, <br><br> Defendant. | C.A. No.: 1:05CV13 <br><br> **COMPLAINT** <br><br> (DEMAND FOR JURY TRIAL) |

Plaintiff Donald A. Gardner Architects, Inc. ("GARDNER"), alleges the following in its Complaint against the Defendant, Log Cabin Homes, Ltd. a/k/a The Original Log Cabin Homes ("DEFENDANT"):

## JURISDICTION AND VENUE

1. This is an action at law and in equity for copyright infringement arising under the laws of the United States of America, codified at 17 U.S.C. §§ 101 *et seq.*

2. This court has jurisdiction of the claims under 28 U.S.C. § 1338.

3. Venue in this district is proper under 28 U.S.C. §§ 1391(b) and 1400(a) as DEFENDANT either resides in this district, may be found in this district, is subject to personal jurisdiction in this district, and/or a substantial part of the events or omissions giving rise to the claims occurred in this district.

## THE PARTIES

4. GARDNER is a South Carolina corporation having its principal place of business in Greenville, South Carolina.

/

5. On information and belief, DEFENDANT is a Delaware corporation with a principal place of business in Rocky Mount, North Carolina.

## FACTUAL BACKGROUND

6. GARDNER is engaged in the business of creating, designing, producing, distributing, and marketing original architectural working drawings architectural works, and related technical drawings. GARDNER has won numerous awards and achieved recognition for the quality and originality of its work.

7. As part of its business, GARDNER has created certain architectural works and technical drawings (collectively referred to, along with any predecessors or derivatives thereof) as the "GARDNER Designs"):

   a. "Donald A. Gardner's Design #225 named the "Riverbend" (the "GARDNER Design"), a rendering and floor plan of which is attached hereto as Exhibit A. The copyright in this work has been registered with the United States Copyright Office as evidenced by Certificate of Registration No. VA 599 481, attached hereto as Exhibit B.

8. The GARDNER Design contains material wholly original to GARDNER that is copyrightable subject matter under 17 U.S.C. §§ 101 *et seq.*

9. GARDNER is currently, and at all relevant times has been, the sole owner of all right, title and interest in and to the copyrights in the GARDNER Design.

10. All lawful copies and distributions of the GARDNER Design have been made by GARDNER, or under GARDNER's consent or permission.

11. The GARDNER Design has been marketed and distributed on at least a nationwide basis, and DEFENDANT has had access to it.

**DEFENDANT AND ITS ACTIONS**

12. DEFENDANT is a log home manufacturer.

13. DEFENDANT has been engaged, at least in part, in the business of creating, publishing, distributing, marketing, advertising, and selling residential home designs for log homes through traditional print media and the World Wide Web on sites such as www.logcabinhomes.com, and in marketing, advertising, constructing, manufacturing and selling log cabin homes and/or log cabin home construction materials according to such plans.

14. DEFENDANT has published, distributed, marketed, and advertised certain architectural designs for single family residential homes, each consisting of a floor plan and exterior elevations, that DEFENDANT has identified and marketed as follows:

    The "Magnolia", (referred to, along with any copies or derivatives thereof under the same or different names, as the "Infringing Design"). A photocopy of the Infringing Design is attached hereto as Exhibit "C".

15. DEFENDANT has marketed, advertised, constructed, manufactured and sold log cabin homes and/or log cabin home construction materials that are based on the Infringing Design.

16. On information and belief, DEFENDANT has constructed "model houses" that are based on the Infringing Design, and has used such model houses in its advertising and marketing activities.

## **COPYRIGHT INFRINGEMENT**
*(17 U.S.C. §§ 101 et seq.)*

17. GARNDER reiterates and realleges the above allegations.

18. DEFENDANT has violated and continues to violate GARDNER's exclusive rights in the GARDNER Design (including the right to reproduce, right to prepare derivative works, and right to vend) by copying, publishing, distributing, advertising, marketing, selling, and/or constructing in the marketplace in this district, and all marketplaces reached by the World Wide Web, architectural works and technical drawings which were copied or otherwise derived from the GARDNER Design or GARDNER derivatives thereof, as detailed below:

    DEFENDANT's "Magnolia" (and any copies or derivatives thereof under the same name or a different name) infringes the GARDNER Design (and any predecessor or derivative thereof).

19. As a direct and proximate result of DEFENDANT's wrongful conduct, GARDNER has been damaged.

20. DEFENDANT's infringement of GARDNER copyrights has been and continues to be committed willfully.

21. GARDNER generally avers that all conditions precedent to its rights of recovery have occurred or have been performed.

## RELIEF SOUGHT

**WHEREFORE**, GARDNER prays that this honorable Court do the following:

22. Permanently enjoin and restrain DEFENDANT, its officers, directors, principals, agents, servants, employees, successors, and assigns, and all those in active concert or participation with it, from:

    a. imitating, copying, or making any unauthorized use of the GARDNER Design or any GARDNER predecessor or derivative thereof in any manner, and from publishing, distributing, selling, advertising, marketing, building, constructing or otherwise disposing of any copies or derivatives of the GARDNER Design and GARDNER derivatives thereof;

    b. manufacturing, producing, building, constructing, distributing, circulating, selling, offering for sale, advertising, promoting, or displaying any product bearing any simulation, reproduction, counterfeit, copy, derivative, or colorable imitation of the GARDNER's Design and GARDNER derivatives thereof; and

    c. using any simulation, reproduction, counterfeit, copy, derivative, or colorable imitation of the GARDNER's Design or GARDNER derivatives thereof, in connection with the promotion, advertisement, display, sale, offering for sale, manufacture, production, building, construction, circulation, or distribution of any product or service.

23. Direct DEFENDANT to deliver up to be impounded during the pendency of this action under 17 U.S.C. § 503 all copies or derivatives of the GARDNER's Design or of GARDNER derivatives thereof in DEFENDANT's possession or under DEFENDANT's

control and to deliver up for destruction all infringing copies and all devices used for making such infringing copies, including any homes that have been constructed in violation of GARDNER's copyrights.

24. Direct DEFENDANT to disclose to GARDNER the names and addresses of all persons and entities who have purchased or licensed the Infringing Design, who have had homes constructed from it, or have purchased homes constructed from it.

25. Direct DEFENDANT to issue a recall notice to each person who has purchased or licensed the Infringing Design or who has had a home constructed from the Infringing Design, informing each such person that the Infringing Design has been determined to constitute an infringement of GARDNER's copyright and that the person cannot resell or vend the Infringing Design or any home constructed from it without the permission of GARDNER.

26. Direct DEFENDANT to pay GARDNER such damages as the jury determines GARDNER has sustained in consequence of DEFENDANT's infringing GARDNER's copyrights, and to account for all gains, profits, and advantages derived by DEFENDANT by its infringements of GARDNER's copyrights under 17 U.S.C. § 504(b), or at GARDNER's election, statutory damages under 17 U.S.C. § 504(c), which permits a recovery of up to $150,000 for infringement of each copyrighted work.

27. Direct DEFENDANT to pay GARDNER's costs of this action and its reasonable attorney's fees allowable to GARDNER by the court under 17 U.S.C. § 505.

28. Award to GARDNER such other and further relief as the Court may consider appropriate.

29. GARDNER requests a jury trial as to all matters other than the equitable remedies sought herein.

Respectfully submitted,

_____
Mark W. Bakker (N.C. Bar No. 21906)
WYCHE BURGESS FREEMAN & PARHAM, P.A.
Post Office Box 728
Greenville, South Carolina 29602-0728
Telephone: (864) 242-8200
Facsimile: (864) 235-8900
mbakker@wyche.com

**ATTORNEYS FOR PLAINTIFF**

Dated: January 20, 2005



THE RIVERBEND

©1990



SECOND FLOOR PLAN



**Plan 121-225**
**Total living: 2692 s.f.**
**First floor: 1734 s.f.**
**Second floor: 958 s.f.**
**4 Bedrooms, 3-1/2 Baths**
**Price Category D**

A double gabled roof with front and rear palladian windows give this wrap-around porch plan a stately elegance.

Vaulted ceilings in the two-story foyer and great room reinforce the visual drama of the palladian windows while a loft/study overlooks both areas.

The spacious first floor master suite accesses the large sun room from a luxurious master bath with garden tub, shower, and double vanity.

The covered porch and outstanding deck with seating and spa expand living space outdoors. Upstairs one of the three bedrooms could be a second master with private bath.

Case 5:05-cv-00184-WW    Document 1    Filed 01/24/05    Page 8 of 15

FRONT ELEVATION - 225

© 1990 DAGA
All Rights Reserved

**DONALD A. GARDNER**

TO ORDER THIS
PLAN OR OTHERS
VISIT OUR WEB SITE

ARCHITECTS, INC.
GREENVILLE S.C.
864 • 288 • 7580

THIS COPYRIGHTED DESIGN
IS FOR STUDY ONLY. THE
USE OF THIS DESIGN FOR
CONSTRUCTION OR ANY OTHER
PURPOSE IS ILLEGAL AND
PUNISHABLE BY FEDERAL LAW.



FIRST FLOOR PLAN — 225

TO ORDER THIS PLAN OR OTHERS VISIT OUR WEB SITE

DONALD A. GARDNER
GREENVILLE S.C.
864 • 288 • 7580

THIS COPYRIGHTED DESIGN IS FOR STUDY ONLY. THE USE OF THIS DESIGN FOR CONSTRUCTION OR ANY OTHER PURPOSE IS ILLEGAL AND PUNISHABLE BY FEDERAL LAW.






CERTIFICATE OF REGISTRATION

This Certifica... ssued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 599 481**

VA  VAU

EFFECTIVE DATE OF REGISTRATION

Sept 29 1993
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Donald A. Gardner's Design #225

NATURE OF THIS WORK ▼ See instructions
Architectural Working Drawing

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼  Number ▼  Issue Date ▼  On Pages ▼

**2** NAME OF AUTHOR ▼
Donald A. Gardner, Architects, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
X Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire"...

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map              ☒ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
This information must be given
1990 ◀ Year In all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ Sept.  Day ▶ 10  Year ▶ 1990
USA

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Donald A. Gardner, Architects, Inc.
P. O. Box 16045
Greenville, SC  29606

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
SEP 29 1993
ONE DEPOSIT RECEIVED
SEP 29 1993
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

See instructions before completing this space.

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ... pages

Case 9:05-cv-00184-WW   Document 1   Filed 01/24/05   Page 12 of 15

Exhibit B

| EXAMINED BY | [signature] | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

VA 599 481

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
Donald A. Gardner
Donald A. Gardner, Architects, Inc.
P. O. Box 16045
Greenville, SC  29606
Area Code & Telephone Number ▶ 803-288-7580

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Donald A. Gardner, Architects, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donald A. Gardner                                date ▶ Sep. 22, 1993
Handwritten signature (X) ▼ [signature]

| MAIL CERTIFI- CATE TO | Name ▼ Donald A. Gardner, Architects, Inc. |
| --- | --- |
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ P. O. Box 16045 |
| | City/State/ZIP ▼ Greenville, SC  29606 |

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1992—100,000                                                          ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/60,009



# The Magnolia

The Original Log Cabin Homes Ltd. 513 Keen Street, Rocky Mount, NC 27804. 1-800-562-2246 1-252-454-1550 Fax
info@logcabinhomes.com

## Magnolia

Approximately 3,270 Sq.Ft (304 Sq.M)
62' x 40' (19m x 12m)
Porch 904 Sq.Ft (84 Sq.M)

All our designs can be modified to meet your needs and dreams

**Artist rendering, actual plans may vary**





FRONT ELEVATION

RIGHT ELEVATION

LEFT ELEVATION

REAR ELEVATION

Case 5:05-cv-00184-WW   Document 1   Filed 01/24/05   Page 14 of 15

Exhibit C



# The Magnolia

The Original Log Cabin Homes Ltd. 513 Keen Street, Rocky Mount, NC 27804. 1-800-562-2246 1-252-454-1550 Fax
info@logcabinhomes.com



**First Floor Plan**



**Second Floor Plan**